| | |
|---|---|
| 1 | MICHELE BECKWITH <br> Acting United States Attorney |
| 2 | NICOLE MOODY <br> Special Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 <br> Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 <br> Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff <br> United States of America |

FILED
Jun 12, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:25-cr-0145 DJC |
|---|---|
| Plaintiff, | [~~PROPOSED~~] SEALING ORDER |
| v. | **UNDER SEAL** |
| SALVADOR CEJA-ECHEVERRIA, | |
| Defendants. | |

### SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the indictment, the United States' petition to seal, and the Order to Seal in the above captioned matter shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by the Court.

Dated: June 12, 2025

HONORABLE JEREMY D. PETERSON
U.S. MAGISTRATE JUDGE