HEATHER E. WILLIAMS, Bar # 122664
Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: 916.498.5700
heather_williams@fd.org

Attorney for Defendant
SALVADOR CEJA-ECHEVERRIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case №:2:25-CR-00145-DJC |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER RE: VACATING 8/15/2025 STATUS CONFERENCE AND SETTING MATTER FOR CHANGE OF PLEA AND SENTENCING 9/25/2025 (Fast-Track 8 U.S.C. §1326)** |
| vs. | |
| SALVADOR CEJA-ECHEVERRIA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the United States of America, by Eric Grant, Interim United States Attorney, through Nicole Moody, Special Assistant United States Attorney, and Defendant Salvador Ceja-Echeverria, by and through his attorney Heather E. Williams, Federal Defender, that:

1. The *Status Conference* set for Thursday, August 15, 2025, be VACATED;
2. This matter be reset for Thursday, September 25, 2025, at 9:00 a.m. for a change of plea and sentencing; and
3. The time from August 15, 2025 through and including September 25, 2025 be excluded time pursuant to 18 U.S.C. §3161(h)(1)(G)

(General Order 479, Code 7: court consideration of proposed plea agreement).

SUBMITTED: June 25, 2025.

HEATHER E. WILLIAMS
Federal Defender

*s/ Heather E. Williams*
HEATHER E. WILLIAMS
Federal Defender
Attorney for Defendant

ERIC GRANT
Interim United States Attorney

*s/ Nicole Moddy*
NICOLE MOODY
Special Assistant United States Attorney
Attorney for the Government

## **O R D E R**

Upon the parties' *Stipulation*, IT IS HEREBY ORDERED that:

1. The *Status Conference* set for Thursday, August 15, 2025, be vacated;

2. This matter be reset for Thursday, September 25, 2025, at 9:00 a.m. for a change of plea and sentencing; and

3. The time from August 15, 2025 through and including September 25, 2025 be excluded time pursuant to 18 U.S.C. §3161(h)(1)(G) (General Order 479, Code 7).

Dated:  August 14, 2025         /s/ Daniel J. Calabretta
                                THE HONORABLE DANIEL J. CALABRETTA
                                UNITED STATES DISTRICT JUDGE

*United States v. Ceja-Echeverria*     1     Stipulation and Order re: Vacating Status Conference and Setting for Change of Plea and Sentencing